Ronald P. Slates, SBN: 43712
RONALD P. SLATES, P.C.
500 S. Grand Ave., Suite 2010
Los Angeles, CA 90071
213-624-1515
213-624-7536
rslates2@rslateslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.<br><br>Defendants) | CASE NUMBER:<br>2:24-cv-10949-TJH (BFMx)<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

(check one)   ☒ STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
☐ STATE OF _____, COUNTY OF _____

I, RONALD P. SLATES hereby state under penalty of perjury that,

1. Judgment for $ **See Attachment 1** was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of **See Attachment 1** as Judgment Creditor, and against **See Attachment 1** as Judgment Debtor

   *(If a Registered Judgment from another Court or District, include the following information)*

   Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. 3:16-cv-00236-WHO in the United States District Court for the Northern District of California and which has become FINAL.

   **NOTE:**   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** Northern **District of** California are the following sums: **See Attachment 1**

   $ _____   accrued interest, computed at 0.17 % *(see note)*
   $ _____   accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles   State of California, this 31 day of December 2024

/s/ RONALD P. SLATES
*Signature*
RONALD P. SLATES

---

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
CV-24 (6/01)

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: ALL JUDGMENT DEBTORS (re Deduplicated Compensatory and Statutory Damages)

1. Judgment for $1,291,370.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$10,226.80 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.
--------------------------------------------------------------------------------------------------------------------------------------------------

1. Judgment for $20,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$158.39 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.
--------------------------------------------------------------------------------------------------------------------------------------------------

1. Judgment for $11,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$87.11 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: ALL JUDGMENT DEBTORS (re Deduplicated Compensatory and Statutory Damages)

1. Judgment for $67,547.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC. as Judgment Creditor, and against Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$534.93 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.
---

1. Judgment for $11,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, fka PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC. as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$87.11 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.
---

1. Judgment for $58,315.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC. as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$461.82 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** 2 **of** 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: ALL JUDGMENT DEBTORS (re Deduplicated Compensatory and Statutory Damages)

1. Judgment for $11,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$87.11 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.
------------------------------------------------------------------------------------------------------------------------------------------------

JUDGMENT DEBTOR
1. Judgment for $73,851.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD GULF COAST, INC. as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$584.85 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.
------------------------------------------------------------------------------------------------------------------------------------------------

1. Judgment for $11,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD CENTER FOR CHOICE as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$87.11 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 3 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: DAVID DALEIDEN; SANDRA SUSAN MERRITT; BIOMAX PROCUREMENT SERVICES, LLC; CENTER FOR MEDICAL PROGRESS; ALBIN RHOMBERG; TROY NEWMAN (re Nominal Damages)

1. Judgment for $1.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$0.00 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 4 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

ATTACHMENT *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: DAVID DALEIDEN (Re Punitive Damages)

1.  Judgment for $125,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
David Daleiden as Judgment Debtor.

3.  ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$989.92 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 5 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

ATTACHMENT *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: SANDRA SUSAN MERRITT (Re Punitive Damages)

1. Judgment for $25,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
Sandra Susan Merritt as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$197.98 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: BIOMAX PROCUREMENT SERVICES, LLC (Re Punitive Damages)

1.  Judgment for $200,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
BioMax Procurement Services, LLC as Judgment Debtor.

3.  ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$1,583.87 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** 7 **of** 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

**MC-025**

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

ATTACHMENT *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: CENTER FOR MEDICAL PROGRESS (Re Punitive Damages)

1. Judgment for $400,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
Center For Medical Progress as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$3,167.74 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 8 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

**MC-025**

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: TROY NEWMAN (Re Punitive Damages)

1. Judgment for $50,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
Troy Newman as Judgment Debtor.

3. ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$395.97 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 9 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

ATTACHMENT *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR: ALBIN RHOMBERG (re Punitive Damages)

1.  Judgment for $70,000.00 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
Albin Rhomberg as Judgment Debtor.

3.  ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$554.35 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 10 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Planned Parenthood Federation, et al. v. Center for Medical Progress, et al. | CASE NUMBER: 2:24-cv-10949-TJH (BFMx) |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

JUDGMENT DEBTOR:  ALL JUDGMENT DEBTORS (re Costs, Attorney's Fees, and Supplemental Attorney's Fees)

1.  Judgment for $15,230,818.81 was entered on 12/16/2024 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of:
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD OF LOS ANGELES; PLANNED PARENTHOOD OF ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST, FKA PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA, AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; as Judgment Creditor, and against
Center For Medical Progress; BioMax Procurement Services, LLC; David Daleiden; Troy Newman; Albin Rhomberg; Sandra Susan Merritt; Gerardo Adrian Lopez as Judgment Debtor.

3.  ACCRUED since the entry of Judgment in the Northern District of California are the following sums:
$120,618.06 accrued interest, computed at 0.17% (see note)
$0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $0.00 which is to be
credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 11 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov